**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Gary Lawrence Visco           BK NO. 22-02187 HWV
       Ilene Michele Visco

               Debtor(s)                Chapter 13

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. and index same on the master mailing list.

                                                       Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
17 Nov 2022, 09:59:14, EST

                                         KML Law Group, P.C.
                                         BNY Mellon Independence Center
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106
                                         215-627-1322

Case 1:22-bk-02187-HWV    Doc 14    Filed 11/17/22    Entered 11/17/22 15:35:59    Desc
Main Document     Page 1 of 1
Document ID: 2bd7535c223ec0ddc232203a9ad5351094532be120070cac0d9bb4d2b4c5080e