United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 22-02187-HWV
Gary Lawrence Visco  Chapter 13
Ilene Michele Visco
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2
Date Rcvd: Dec 19, 2022    Form ID: ntcnfhrg    Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gary Lawrence Visco, Ilene Michele Visco, 41 Edgelea Drive, Chambersburg, PA 17201-1349 |
| 5505888 | + | Borough of Chambersburg, 100 S Second St, Chambersburg, PA 17201-2512 |
| 5505893 | + | Denny's Landscaping LLC, 707 Woodstock Road, Fayetteville, PA 17222-9737 |
| 5505896 | | PNC Bank, One PNC Plaza, 249 Fifrh Ave, Pittsburgh, PA 15222 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 19 2022 18:41:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5505885 | + | Email/PDF: bncnotices@becket-lee.com | Dec 19 2022 18:51:40 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5505886 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 19 2022 18:40:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5506781 | + | Email/Text: documentfiling@lciinc.com | Dec 19 2022 18:40:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5505890 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2022 18:51:35 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 5505891 | + | Email/Text: documentfiling@lciinc.com | Dec 19 2022 18:40:00 | Comcast, 1701 John F. Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 5505892 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 19 2022 18:41:12 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5506796 | | Email/Text: mrdiscen@discover.com | Dec 19 2022 18:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5505894 | + | Email/Text: mrdiscen@discover.com | Dec 19 2022 18:40:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5505895 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 19 2022 18:40:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5505889 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 19 2022 18:41:23 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 5509888 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 19 2022 18:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5511051 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 19 2022 18:41:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5505887 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 19 2022 18:40:00 | BBVA Compass, ATTN: Bankruptcy, P O Box 10566, Birmingham, AL 35296 |
| 5510847 | + | Email/Text: bankruptcyteam@quickenloans.com | | |

| | | | |
| --- | --- | --- | --- |
| 5505897 | + Email/Text: bankruptcyteam@quickenloans.com | Dec 19 2022 18:40:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5506095 | + Email/PDF: gecsedi@recoverycorp.com | Dec 19 2022 18:40:00 | Rocket Mortgage/Quicken Loans, ATTN: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5505898 | + Email/PDF: gecsedi@recoverycorp.com | Dec 19 2022 18:41:10 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5505899 | + Email/PDF: gecsedi@recoverycorp.com | Dec 19 2022 18:41:17 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5505900 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 19 2022 18:41:11 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| | | Dec 19 2022 18:41:11 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 21, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |
| Nicholas G. Platt | on behalf of Debtor 2 Ilene Michele Visco ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 1 Gary Lawrence Visco ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Gary Lawrence Visco, | Chapter 13 |
| **Debtor 1** | |
| Ilene Michele Visco, | Case No. 1:22−bk−02187−HWV |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**January 18, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: January 25, 2023<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 19, 2022 |

ntcnfhrg (08/21)