Certificate Number: 16339-PAM-DE-037049436

Bankruptcy Case Number: 22-02187


16339-PAM-DE-037049436

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 17, 2022</u>, at <u>3:55</u> o'clock <u>PM EST</u>, <u>Ilene Visco</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>December 17, 2022</u>　　　By: <u>/s/Kelley Tipton</u>

　　　　　　　　　　　　　　　　Name: <u>Kelley Tipton</u>

　　　　　　　　　　　　　　　　Title: <u>Certified Financial Counselor</u>

Certificate Number: 16339-PAM-DE-037049434

Bankruptcy Case Number: 22-02187


16339-PAM-DE-037049434

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 17, 2022, at 3:55 o'clock PM EST, Gary Visco completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 17, 2022

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor