| | | | |
|---|---|---|---|
| **Fill in this information to identify your case:** | | | |
| Debtor 1 | **Gary Lawrence Visco** | | |
| | First Name   Middle Name   Last Name | | |
| Debtor 2 | **Ilene Michele Visco** | | |
| (Spouse if, filing) | First Name   Middle Name   Last Name | | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number | 1:22-bk-02187 | | |
| (if known) | | | |

■ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt             4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **41 Edgelea Dr Chambersburg, PA 17201  Franklin County**<br>**Value based on market analysis minus 10% cost of sale.**<br>Line from *Schedule A/B*: **1.1** | $265,050.00 | ■ $109,642.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **2020 Jeep Grand Cherokee Limited X 4967 miles**<br>Line from *Schedule A/B*: **3.1** | $40,135.00 | ■ $32,116.46<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **Living room:  Three couches ($550), desk ($500), five chairs ($700), three tables ($50).**<br>Line from *Schedule A/B*: **6.1** | $1,800.00 | ■ $1,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **Dining room:  Two china closets ($150), china ($200).**<br>Line from *Schedule A/B*: **6.2** | $350.00 | ■ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |

| Debtor 1 | **Gary Lawrence Visco** | | | |
|---|---|---|---|---|
| Debtor 2 | **Ilene Michele Visco** | | Case number (if known) | **1:22-bk-02187** |

| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** Copy the value from *Schedule A/B* | **Amount of the exemption you claim** *Check only one box for each exemption.* | | **Specific laws that allow exemption** |
|---|---|---|---|---|
| **Bedrooms:** One bed ($100), one chair ($25), one dresser ($50), one chest of drawers ($50), desk ($100), three lamps ($125). Line from *Schedule A/B*: **6.3** | $450.00 | ■ | $450.00 | **11 USC § 522(b)(3)(B)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Kitchen:** One table ($60), five chairs ($90), microwave ($100), two refrigerators ($700), two deep freezers ($350), dishwasher ($200), washer ($250), dryer ($250), stove ($125), dishes ($60), cookware ($175). Line from *Schedule A/B*: **6.4** | $2,360.00 | ■ | $2,360.00 | **11 USC § 522(b)(3)(B)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Other rooms:** two computers ($1,000), two radios ($75), vacuum cleaner ($100), iron ($15), tools ($100), power tools ($175), garden tools ($300). Line from *Schedule A/B*: **6.5** | $1,765.00 | ■ | $1,765.00 | **11 USC § 522(b)(3)(B)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Two TV sets ($625), vcr/dvd player ($25).** Line from *Schedule A/B*: **7.1** | $650.00 | ■ | $650.00 | **11 USC § 522(b)(3)(B)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **3 Pistols** Line from *Schedule A/B*: **10.1** | $1,600.00 | ■ | $300.00 | **42 Pa.C.S. § 8123(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Woman's Wardrobe** Line from *Schedule A/B*: **11.1** | $200.00 | ■ | $200.00 | **42 Pa.C.S. § 8124(a)(1)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Man's Wardrobe** Line from *Schedule A/B*: **11.2** | $200.00 | ■ | $200.00 | **42 Pa.C.S. § 8124(a)(1)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Wedding Rings and Costume Jewelry** Line from *Schedule A/B*: **12.1** | $750.00 | ■ | $750.00 | **11 USC § 522(b)(3)(B)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2 Cats** Line from *Schedule A/B*: **13.1** | $0.00 | ■ | $0.00 | **11 USC § 522(b)(3)(B)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Cash** Line from *Schedule A/B*: **16.1** | $300.00 | ■ | $300.00 | **11 USC § 522(b)(3)(B)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

| Debtor 1 | **Gary Lawrence Visco** | | Case number (if known) | **1:22-bk-02187** |
| Debtor 2 | **Ilene Michele Visco** | | | |

| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** <br> Copy the value from *Schedule A/B* | **Amount of the exemption you claim** <br> *Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| **Checking Account: Orrstown Bank** <br> Line from *Schedule A/B*: **17.1** | $0.00 | ■ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |
| **Checking Account: F&M Bank** <br> Line from *Schedule A/B*: **17.2** | $0.00 | ■ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes