| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | GARY LAWRENCE VISCO |
| Debtor 2 (Spouse, if filing) | ILENE MICHELE VISCO |
| United States Bankruptcy Court for the: | MIDDLE District of PA (State) |
| Case number | 22-02187 |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made 12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1: Mortgage Information

**Name of claim holder:** ROCKET MORTGAGE

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 0 5 3 4

**Property address:** 41 EDGELEA DRIVE
Number   Street

CHAMBERSBURG,   PA   17201
City                                State       ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

### Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 2,796.50 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 2,796.50 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. Total amount of arrearages disbursed by the trustee: | $ 2,796.50 |

Case 1:22-bk-02187-HWV   Doc 40   Filed 02/24/26   Entered 02/24/26 07:49:42   Desc
Main Document      Page 1 of 3

# Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:  $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

# Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:  $ _____

# Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.

✗ /s/Donna Schott, Funds Manager
Signature

Date 2 / 24 / 2026

Trustee: Jack N Zaharopoulos
First Name / Middle Name / Last Name

Address: 8125 Adams Drive, Suite A
Number / Street

Hummelstown PA 17036
City / State / ZIP Code

Contact phone (717) 566 – 6097

Email info@pamd13trustee.com

# Disbursements for Claim

**Case:** 22-02187    **GARY LAWRENCE VISCO**

**ROCKET MORTGAGE**
F/K/A QUICKEN LOAN
635 WOODWARD AVENUE
DETROIT, MI  48226-

Sequence: 24
Modify:
Filed Date:
Hold Code:

Acct No: 0534 - PRE-ARREARS - Edgele

ARREARS - 41 EDGELEA DRIVE

|  | Debt: | $2,796.50 | Interest Paid: | $0.00 |
|---|---|---|---|---|
| Amt Sched: $155,408.00 | | | Accrued Int: | $0.00 |
| Amt Due: $0.00 | Paid: | $2,796.50 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **5200** | **ROCKET MORTGAGE** | | | | | | | |
| 520-0 | ROCKET MORTGAGE | | 05/14/2025 | 2047881 | $37.03 | $0.00 | $37.03 | 05/27/2025 |
| 520-0 | ROCKET MORTGAGE | | 04/14/2025 | 2046937 | $200.80 | $0.00 | $200.80 | 04/25/2025 |
| 520-0 | ROCKET MORTGAGE | | 03/18/2025 | 2046048 | $200.80 | $0.00 | $200.80 | 03/27/2025 |
| 520-0 | ROCKET MORTGAGE | | 02/19/2025 | 2045110 | $200.81 | $0.00 | $200.81 | 03/06/2025 |
| 520-0 | ROCKET MORTGAGE | | 11/19/2024 | 2042279 | $204.97 | $0.00 | $204.97 | 11/29/2024 |
| 520-0 | ROCKET MORTGAGE | | 10/23/2024 | 2041313 | $201.65 | $0.00 | $201.65 | 11/05/2024 |
| 520-0 | ROCKET MORTGAGE | | 09/17/2024 | 2040321 | $400.75 | $0.00 | $400.75 | 09/26/2024 |
| 520-0 | ROCKET MORTGAGE | | 08/07/2024 | 2039298 | $197.44 | $0.00 | $197.44 | 08/21/2024 |
| 520-0 | ROCKET MORTGAGE | | 06/18/2024 | 2037586 | $197.44 | $0.00 | $197.44 | 07/01/2024 |
| 520-0 | ROCKET MORTGAGE | | 05/22/2024 | 2036692 | $197.43 | $0.00 | $197.43 | 06/03/2024 |
| 520-0 | ROCKET MORTGAGE | | 04/17/2024 | 2035687 | $197.44 | $0.00 | $197.44 | 04/30/2024 |
| 520-0 | ROCKET MORTGAGE | | 03/14/2024 | 2034721 | $197.44 | $0.00 | $197.44 | 03/27/2024 |
| 520-0 | ROCKET MORTGAGE | | 02/14/2024 | 2033760 | $362.50 | $0.00 | $362.50 | 02/28/2024 |
| | | | | Sub-totals: | $2,796.50 | $0.00 | $2,796.50 | |
| | | | | Grand Total: | $2,796.50 | $0.00 | | |