United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Gary Lawrence Visco

Ilene Michele Visco

    Debtors

Case No. 22-02187-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1

Date Rcvd: Feb 23, 2026

User: AutoDocke

Form ID: 3180W

Page 1 of 3

Total Noticed: 33

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gary Lawrence Visco, Ilene Michele Visco, 41 Edgelea Drive, Chambersburg, PA 17201-1349 |
| 5505888 | + | Borough of Chambersburg, 100 S Second St, Chambersburg, PA 17201-2512 |
| 5505893 | + | Denny's Landscaping LLC, 707 Woodstock Road, Fayetteville, PA 17222-9737 |
| 5505896 | | PNC Bank, One PNC Plaza, 249 Fifrh Ave, Pittsburgh, PA 15222 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Feb 23 2026 23:40:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Feb 23 2026 23:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5511931 | | Email/PDF: bncnotices@becket-lee.com | Feb 23 2026 18:48:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5505885 | + | Email/PDF: bncnotices@becket-lee.com | Feb 23 2026 18:48:10 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5505886 | + | EDI: TSYS2 | Feb 23 2026 23:40:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5506781 | + | EDI: COMCASTCBLCENT | Feb 23 2026 23:39:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5505889 | + | EDI: JPMORGANCHASE | Feb 23 2026 23:39:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 5505890 | + | EDI: CITICORP | Feb 23 2026 23:40:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 5505891 | + | EDI: COMCASTCBLCENT | Feb 23 2026 23:39:00 | Comcast, 1701 John F. Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 5505892 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 23 2026 18:48:12 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5506796 | | EDI: DISCOVER | Feb 23 2026 23:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5505894 | + | EDI: DISCOVER | Feb 23 2026 23:40:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5505895 | + | EDI: PHINGENESIS | Feb 23 2026 23:40:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5528546 | | EDI: IRS.COM | Feb 23 2026 23:40:00 | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5516661 | | EDI: JEFFERSONCAP.COM | Feb 23 2026 23:40:00 | Jefferson Capital Systems LLC, Po Box 7999, |

| | | | Saint Cloud MN 56302-9617 |
|---|---|---|---|
| 5509888 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 23 2026 18:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5511051 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2026 18:48:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5515316 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 23 2026 18:39:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 5505887 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 23 2026 18:39:00 | BBVA Compass, ATTN: Bankruptcy, P O Box 10566, Birmingham, AL 35296 |
| 5516857 | EDI: PRA.COM | Feb 23 2026 23:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5512124 | EDI: Q3G.COM | Feb 23 2026 23:40:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5510847 | + Email/Text: bankruptcyteam@rocketmortgage.com | Feb 23 2026 18:40:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5505897 | + Email/Text: bankruptcyteam@rocketmortgage.com | Feb 23 2026 18:40:00 | Rocket Mortgage/Quicken Loans, ATTN: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5506095 | + EDI: PRA.COM | Feb 23 2026 23:40:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5505898 | + EDI: SYNC | Feb 23 2026 23:40:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5505899 | + EDI: SYNC | Feb 23 2026 23:40:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5514940 | EDI: AIS.COM | Feb 23 2026 23:40:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5505900 | + EDI: WFHOME | Feb 23 2026 23:40:00 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 5515063 | EDI: WFCCSBK | Feb 23 2026 23:40:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2026    Signature:    /s/Gustava Winters

District/off: 0314-1

Date Rcvd: Feb 23, 2026

User: AutoDocke

Form ID: 3180W

Page 3 of 3

Total Noticed: 33

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Nicholas G. Platt | on behalf of Debtor 2 Ilene Michele Visco ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 1 Gary Lawrence Visco ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| Debtor 1 | Gary Lawrence Visco | | Social Security number or ITIN xxx–xx–6719 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Ilene Michele Visco | | Social Security number or ITIN xxx–xx–8766 |
| | First Name    Middle Name    Last Name | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    Middle District of Pennsylvania

Case number:    1:22–bk–02187–HWV

## Order of Discharge                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gary Lawrence Visco                                    Ilene Michele Visco

**By the court:**

2/23/26

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

Case 1:22-bk-02187-HWV    Doc 41    Filed 02/25/26    Entered 02/26/26 00:29:07    Desc
Imaged Certificate of Notice    Page 5 of 6

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 1:22-bk-02187-HWV   Doc 41   Filed 02/25/26   Entered 02/26/26 00:29:07   Desc
Imaged Certificate of Notice    Page 6 of 6