**Fill in this information to identify the case:**

Debtor 1        Gary Lawrence Visco

Debtor 2        Ilene Michele Visco
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE District of Pennsylvania
                                                                                    (State)

Case number   22-02187 HWV

## Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:      Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**

**Court claim no**. (if known):

4-1

**Last 4 digits** of any number you use to identify the debtor's account: 0534

**Property address:**              **41 Edgelea Drive**
                                            Number         Street
                                            **Chambersburg    PA 17201**
                                            City                        State      ZIP Code

| Part 2: | |
| --- | --- |
| | Arrearages |

The total amount received to cure any arrearages as of the date of this response:      $ 2,796.50                    .

*Check all that apply:*

☒    The amount required to cure any prepetition arrearage has been paid in full.

☐    The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid as of the date of this response:      $ _____ .

☒    The amount required to cure any postpetition arrearage has been paid in full.

☐    The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining
       unpaid as of the date of this response:      $ _____ .

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: __/__/__.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

  i.   Date last payment was received on the mortgage:  02 / 16 / 2026

  ii.  Date next postpetition payment from the debtor is due:  03 / 01 / 2026

  iii. Amount of the next postpetition payment that is due:  $ 1,258.27

  iv.  Unpaid principal balance of the loan:  $ 139,606.29

  v.   Additional amounts due for any deferred or accrued interest:  $ 173.55

  vi.  Balance of the escrow account:  $ -2,766.58

  vii. Balance of unapplied funds or funds held in a suspense account:  $ 0.00

  viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid:  $ 0.00

**Part 4** **Itemized Payment History**

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

Case 1:22-bk-02187-HWV   Doc 42   Filed 03/05/26   Entered 03/05/26 07:14:38   Desc
Main Document      Page 2 of 6

| Part 5: | Sign Here |

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Matthew Fissel  Date March 4, 2026
       Signature

Name     Matthew Fissel
       First name     Middle name     Last name

Title     Attorney for Secured Creditor

Company     KML Law Group, P.C.
       Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     701 Market Street, Suite, 5000
       Number     Street

       Philadelphia          PA     19196

       City          State     ZIP Code

Contact phone     (215) 627-1322          Email bkgroup@kmllawgroup.com

Case 1:22-bk-02187-HWV    Doc 42    Filed 03/05/26    Entered 03/05/26 07:14:38    Desc
Main Document    Page 3 of 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gary Lawrence Visco<br>Ilene Michele Visco<br><div align="right">Debtor(s)</div> | BK NO. 22-02187 HWV |
| | Chapter 13 |
| Rocket Mortgage, LLC f/k/a Quicken<br>Loans, LLC f/k/a Quicken Loans Inc.<br><div align="right">Movant</div><br>vs. | Related to Claim No. 4-1 |
| Gary Lawrence Visco<br>Ilene Michele Visco<br><div align="right">Debtor(s)</div> | |
| Jack N. Zaharopoulos,<br><div align="right">Trustee</div> | |

## CERTIFICATE OF SERVICE
## RESPONSE TO TRUSTEE NOTICE OF DISBURSEMENTS MADE

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>March 5, 2026</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Gary Lawrence Visco
41 Edgelea Drive
Chambersburg, PA 17201

Ilene Michele Visco
41 Edgelea Drive
Chambersburg, PA 17201

Attorney for Debtor(s) (via ECF)
Nicholas G. Platt
Mooney Law
230 York Street
Hanover, PA 17331

Trustee (via ECF)
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service:  electronic means or first-class mail

Dated: <u>March 5, 2026</u>

<u>**/s/ Matthew Fissel**</u>
Matthew Fissel
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com

**KML LAW GROUP, P.C.**
**701 Market Street**
**Suite 5000**
**Philadelphia, Pa 19106-1532**
**www.kmllawgroup.com**

March 4, 2026

Gary Lawrence Visco
41 Edgelea Drive
Chambersburg, PA 17201

Ilene Michele Visco
41 Edgelea Drive
Chambersburg, PA 17201

THIS LAW FIRM MAY BE CONSIDERED A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT.

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

RE: Mortgage Company: ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC F/K/A QUICKEN LOANS INC.
Loan No: ███████████
Name: Gary Lawrence Visco and Ilene Michele Visco
Property Address: 41 Edgelea Drive Chambersburg, PA, 17201

# PAYOFF AMOUNT

This letter responds to your request for a payoff of the above referenced loan.

In connection with the above-captioned matter, the amount required to **PAYOFF** the outstanding loan balance including foreclosure costs and counsel fees is **$137,095.01** effective through **March 12, 2026**.

It is possible that additional expenditures may be incurred by either the mortgage company or this firm in the interim period between the time these figures are generated and the time funds are tendered. We strive to avoid such expenditures to allow sufficient time to tender payment; but at times, such expenditures are unavoidable. In this event, only the FULL amount due will be accepted.

**Property Inspections Explained:**
Inspection fees may be charged to your account by your lender for monthly inspections performed in accordance with the terms of the mortgage and the guidelines.

| | |
|---|---|
| Principal Balance due | $139,606.29 |
| Interest | $173.55 |
| Escrow/Impound Advance | |

Escrow Balance                                          -$2,766.58

TOTAL AMOUNT DUE MORTGAGE COMPANY          **$137,013.26**